## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JACKIE LEE WILLIAMS
ADC #093224                                                                                          PLAINTIFF

V.                              5:10CV00284 JMM/JTR

BARRY M. BEALER,
Lieutenant, Varner Unit, et al.                                                         DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 30th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE